Christ Lilleskau, Appellee, v. John Marubio, Appellant.

Gen. No. 41,064.

Heard in third division, first district, this court at December term, 1939; opinion filed April 10, 1940. Sumner C. Palmer, for appellant; Irving S. Roth, for appellee. Opinion by JUSTICE BURKE. "Not to be published in full."